# UNITED STATES AIR FORCE
# COURT OF CRIMINAL APPEALS

————————————

**No. ACM S32598**

————————————

**UNITED STATES**
*Appellee*

**v.**

**Angel MONARREZ-GUTIERREZ**
Airman First Class (E-3), U.S. Air Force, *Appellant*

————————————

Appeal from the United States Air Force Trial Judiciary

Decided 9 January 2020

————————————

*Military Judge:* Charles G. Warren.

*Sentence:* Sentence adjudged 3 May 2019 by SpCM convened at Ellsworth Air Force Base, South Dakota. Sentence entered by military judge on 31 May 2019: Bad-conduct discharge, confinement for 46 days, and reduction to E-1.

*For Appellant:* Major Kevin R. Cayton, USAF.

*For Appellee:* Mary Ellen Payne, Esquire.

Before MINK, LEWIS, and D. JOHNSON, *Appellate Military Judges.*

————————————

**This is an unpublished opinion and, as such, does not serve as precedent under AFCCA Rule of Practice and Procedure 30.4.**

————————————

PER CURIAM:

The findings and sentence as entered are correct in law and fact, and no error materially prejudicial to Appellant's substantial rights occurred. Articles 59(a) and 66(d), Uniform Code of Military Justice, 10 U.S.C. §§ 859(a), 866(d). *Manual for Courts-Martial, United States* (2019 ed.).

Accordingly, the findings and sentence are **AFFIRMED**.

FOR THE COURT

CAROL K. JOYCE
Clerk of the Court